No. 86. COMMERCIAL NATIONAL BANK OF COUNCIL BLUFFS, IOWA, ET AL. *v.* GEORGE A. BURKE, COUNTY AUDITOR, ET AL. Error to the Supreme Court of the State

of Iowa. Argued November 28, 1927. Decided December 5, 1927. *Per Curiam.* Writ of error is dismissed for want of a final judgment in the highest court of the State as required by § 237 (a) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), on the authority of *Haseltine* v. *Central Bank of Springfield (No. 1)*, 183 U. S. 130, 131; *Arnold* v. *United States*, 263 U. S. 427, 434. *Mr. George S. Wright* for plaintiff in error. *Mr. Charles E. Swanson* was on the brief for defendants in error.